UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| FRANCISCO MONTES, JR.,           ) | |
|                 Plaintiff,     ) | |
| v.                                                    ) | Civil Action No. 21-02577 (UNA) |
| JESSE RAMIREZ, JR.,               ) | |
|                 Defendant.  ) | |

**MEMORANDUM OPINION**

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief the pleader seeks. The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  There are far too few facts alleged to state a viable legal claim, or to establish a basis for this Court's jurisdiction, or to show an entitlement to injunctive relief.  Therefore, the Court will dismiss the complaint without prejudice and deny as moot plaintiff's motion for a temporary restraining order.  Plaintiff's application to proceed *in forma pauperis* will be granted.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 13, 2021                                          /s/
                                                                JAMES E. BOASBERG
                                                                United States District Judge